Trust Company of Chicago, Administrator of Estate of
John Edward Lahey, Deceased, Appellant, v.
Storit Warehouse, Inc. and Fred Reed, Appellees.

Gen. No. 44,647.

opinion filed April 4, 1949; released for publication May 17, 1949. Joseph Barbera, for appellant; Burt A. Crowe, for appellees; Carl. E. Abrahamson, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.